UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LUKE BRADLEY FRANCIS                                                                PLAINTIFF

v.                                  No. 2:20-CV-2220

DONALD EVERSOLE                                                                     DEFENDANT

and

LUKE BRADLEY FRANCIS                                                                PLAINTIFF

v.                                  No. 2:22-CV-2070

ANDREW McINTOSH, BRANDON
BLOUNT, and CITY OF VAN BUREN                                                       DEFENDANTS

**OPINION AND ORDER**

Before the Court are a motion to dismiss for failure to prosecute and obey a court order (Doc. 55), a brief in support (Doc. 56), and a supplemental notice (Doc. 58) filed by Defendants Donald Eversole, Andrew McIntosh, Brandon Blount, and City of Van Buren. Plaintiff Luke Bradley Francis has not filed any response to Defendants' motion, and his deadline to do so has passed.

This Court previously ordered Mr. Francis to provide Defendants with certain discovery responses by no later than May 5, 2023. *See* Doc. 54, p. 7. After Mr. Francis failed to comply with that order, Defendants moved on May 11, 2023 for his claims to be dismissed with prejudice as a sanction. The Court deferred ruling on that motion, and instead entered an order (Doc. 57) extending Mr. Francis's compliance deadline to June 6, 2023 and warning him that failure to meet this deadline would result in dismissal of his claims with prejudice. On June 7, 2023, Defendants filed a notice informing the Court that Mr. Francis still had not provided the discovery he was ordered to produce.

1

2

      IT IS THEREFORE ORDERED that Defendants' motion to dismiss for failure to prosecute and obey a court order (Doc. 55) is GRANTED.  Plaintiff Luke Bradley Francis's claims in the above-captioned cases are DISMISSED WITH PREJUDICE as a sanction for his repeated failures to comply with this Court's orders and to prosecute his case.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

      IT IS SO ORDERED this 7th day of June, 2023.

                                                          /s/ P. K. Holmes, III
                                                           P.K. HOLMES, III
                                                           U.S. DISTRICT JUDGE